# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1780
L.T. Case No. 2022-CA-002119

_____

THOMAS B. SYMONETTE,

    Appellant,

    v.

MARY SYMONETTE
n/k/a MARY M. BRADLEY,

    Appellee.

_____

Nonfinal appeal from the Circuit Court for Lake County.
Heidi Davis, Judge.

Edward R. Emrick, IV and Clayton Emrick, of Emrick Family Law Firm, Clermont, for Appellant.

John N. Bogdanoff, of The Carlyle Appellate Law Firm, Orlando, for Appellee.

April 21, 2026

PER CURIAM.

    AFFIRMED.

WALLIS, EDWARDS, and MacIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____